USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT WEEKES, individually and as the representative of a class of similarly situated persons,

                Plaintiff,                21-CV-10214 (AJN) (KHP)

    -against-                             **ORDER**

NET RETAILERS, INC.,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties are required to submit a joint status letter by June 20, 2022, updating the Court on the status of the mediation of this case, and any additional developments.

**SO ORDERED.**

Dated: May 18, 2022
       New York, New York

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge